Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DICKSON HUNG

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:06-CR-00390-05 WBS |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE , AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | ) ) ) | |
| DICKSON HUNG, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Dickson Hung, that the previously-scheduled status conference date of May 21, 2018, be vacated and the matter set for status conference on September 10, 2018, at 9:00 a.m.

This continuance is requested because defense counsel continues to review discovery received in this case, and needs additional time to do so. Discovery provided to date exceeds 1,000 pages of written discovery and 13 DVDs.

Additionally, there is discovery exceeding 43,000 pages in the companion case (US v. Hung, Case No. 2:09-CR-00438-WBS), for which defense counsel needs additional time to review.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, May 14, 2018, to and including September 10, 2018.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 14, 2018                    Respectfully submitted,

                                       /s/ Michael E. Hansen
                                       MICHAEL E. HANSEN
                                       Attorney for Defendant
                                       DICKSON HUNG

Dated: May 14, 2018                    McGREGOR SCOTT
                                       United States Attorney

                                       By: /s/ Michael E. Hansen for
                                       HEIKO COPPOLA
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 14, 2018, to and including September 10, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 21, 2018, status conference shall be continued until September 10, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 15, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE