1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA 95814
3  916.438.7711
   Fax 916.864.1359
4
   Attorney for Defendant
5  DICKSON HUNG

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,      )   Case No.: 2:06-CR-00390-05 WBS
                                            )
11                Plaintiff,    )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER TO CONTINUE STATUS**
12      vs.                 )   **CONFERENCE , AND TO EXCLUDE**
                                            )   **TIME PURSUANT TO THE SPEEDY**
13  DICKSON HUNG,          )   **TRIAL ACT**
                                            )
14                Defendant.   )
                                            )
15

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and

19  Michael E. Hansen, attorney for defendant Dickson Hung, that the previously-scheduled status

20  conference date of September 10, 2018, be vacated and the matter set for status conference on

21  December 10, 2018, at 9:00 a.m.

22        This continuance is requested because defense counsel continues to review discovery

23  received in this case, and needs additional time to do so.  Discovery provided to date exceeds

24  1,000 pages of written discovery and 13 DVDs.

25        Additionally, there is discovery exceeding 43,000 pages in the companion case (US v.

26  Hung, Case No. 2:09-CR-00438-WBS), for which defense counsel needs additional time to

27  review.

28        The Government concurs with this request.

**1**
**Stipulation and [Proposed] Order to Continue Status Conference**

1    Further, the parties agree and stipulate the ends of justice served by the granting of such

2    a continuance outweigh the best interests of the public and the defendants in a speedy trial and

3    that time within which the trial of this case must be commenced under the Speedy Trial Act

4    should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

5    Local Code T4 (to allow defense counsel time to prepare), from the date of the parties'

6    stipulation, September 10, 2018, to and including December 10, 2018.

7    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

8    IT IS SO STIPULATED.

9    Dated:  September 4, 2018                    Respectfully submitted,

10                                                /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
11                                               Attorney for Defendant
                                                 DICKSON HUNG
12
      Dated:  September 4, 2018                  McGREGOR SCOTT
13                                               United States Attorney

14                                               By:  /s/ Michael E. Hansen for
                                                 HEIKO COPPOLA
15                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
16

17                                    **ORDER**

18           The Court, having received, read, and considered the stipulation of the parties,

19    and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its

20    order.  Based on the stipulation of the parties and the recitation of facts contained therein, the

21    Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and

22    trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

23    specifically finds that the failure to grant a continuance in this case would deny defense

24    counsel to this stipulation reasonable time necessary for effective preparation, taking into

25    account the exercise of due diligence.  The Court finds that the ends of justice to be served by

26    granting the requested continuance outweigh the best interests of the public and the defendants

27    in a speedy trial.

28

**Stipulation and [Proposed] Order to Continue Status Conference**

1         The Court orders that the time from the date of the parties' stipulation,

2   September 4, 2018, to and including December 10, 2018, shall be excluded from computation

3   of time within which the trial of this case must be commenced under the Speedy Trial Act,

4   pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for

5   defense counsel to prepare).   It is further ordered that the September 10, 2018, status

6   conference shall be continued until December 10, 2018, at 9:00 a.m.

7       IT IS SO ORDERED.

8

9   Dated:  September 5, 2018

10  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE