| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | HEIKO P. COPPOLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DICKSON HUNG,<br><br>Defendant. | CASE NO. 2:06-CR-00390-01 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 19, 2019.

2. The parties appeared before the Court on February 19, 2019. The Court set a jury trial date for the above-entitled case on November 19, 2019 and a trial confirmation hearing on October 7, 2019. By this stipulation, defendant now moves to exclude time between February 19, 2019, and November 19, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case exceeds approximately 1000 pages of written discovery and 13 DVDs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the discovery provided and to prepare for trial beginning on November 19, 2019.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 19, 2019 to November 19, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 19, 2019                           MCGREGOR W. SCOTT
                                                    United States Attorney

                                                     /s/ HEIKO P. COPPOLA
                                                    HEIKO P. COPPOLA
                                                    Assistant United States Attorney

Dated:  February 19, 2019                            /s/ MICHAEL E. HANSEN

                        MICHAEL E. HANSEN
                        Counsel for Defendant
                        DICKSON HUNG

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE