Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DICKSON HUNG

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:06-CR-00390-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO CONTINUE TRIAL** |
| | ) **CONFIRMATION HEARING** |
| DICKSON HUNG, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Dickson Hung, that the previously-scheduled trial confirmation hearing date of October 7, 2019, be vacated and the matter set for October 15, 2019, at 9:00 a.m.

This continuance is requested because defense counsel and counsel for the Government are negotiating a plea agreement.

The Government concurs with this request.

Time was previously excluded through November 19, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

//////

**1**
**Stipulation and [Proposed] Order to Continue TCH**

Dated:  September 30, 2019                Respectfully submitted,

                                          /s/ Michael E. Hansen
                                          MICHAEL E. HANSEN
                                          Attorney for Defendant
                                          DICKSON HUNG

Dated:  September 30, 2019                McGREGOR SCOTT
                                          United States Attorney

                                          By:  /s/ Michael E. Hansen for
                                          HEIKO COPPOLA
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the October 7, 2019, trial confirmation hearing shall be continued until October 15, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 1, 2019

                                          _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE