Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DICKSON HUNG

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:06-CR-00390-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE TRIAL** |
| vs. | ) | **CONFIRMATION HEARING** |
| | ) | |
| DICKSON HUNG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Dickson Hung, that the previously-scheduled trial confirmation hearing date of October 15, 2019, be vacated and the matter set for October 21, 2019, at 9:00 a.m.

This continuance is requested because defense counsel is subject to jury duty in Sacramento County commencing October 15, 2019.

The Government concurs with this request.

Time was previously excluded through November 19, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

//////

Dated:  October 9, 2019                    Respectfully submitted,

                                           /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
                                           Attorney for Defendant
                                           DICKSON HUNG

Dated:  October 9, 2019                    McGREGOR SCOTT
                                           United States Attorney

                                           By:  /s/ Michael E. Hansen for
                                           HEIKO COPPOLA
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the October 15, 2019, trial confirmation hearing shall be continued until October 21, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 9, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE