MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-0390-05 WBS |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| DICKSON WING KEI HUNG, | |
| Defendant. | |

Pursuant to the motion of the United States, the Court hereby dismisses the Indictment in the above-entitled matter without prejudice against defendant Dickson Wing Kei Hung only.

Dated: October 7, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE